THE UNITED STATES DISTRICT (
DISTRICT OF

Case: 1:22-cv-01802 JURY DEMAND
Assigned To : Unassigned
Assign. Date : 6/22/2022
Description: Pro Se Gen. Civ. (F-DECK)

) Ca
ERIC ANTHONY GRIMES, )
Plaintiff(s), )
) Judge:
Vs. )
)     **PLAINTIFF'S ORIGINAL**
UNITED STATES )     **COMPLAINT & ORDER**
Defendant(s). )
)
)
)

DEMAND FOR JURY TRIAL.

## PARTIES

- **Plaintiff(s).** Citizen of the United States, Aka "Consumer".
  Eric Anthony Grimes. 8321 Hill Ave. Holland, Ohio 43528.
- **Defendant(s).** Unknown Officers of the United States Courts. Aka "United States".
  United States / District Court of Ohio 1716 Spielbusch Toledo, Ohio 43604.
  Department of the Treasury. 1500 Pennsylvania Ave, Nw Washington, DC 20220.

## JURISDICTION.

1. Jurisdiction is proper for Violations of the United States Constitution and treaties.
2. Venue is proper for antitrust violations involving consumer protection laws (PL 111-203).

## CAUSE OF ACTION.

3. The United States willfully violated protection laws (15 USC 1601-1681a) to subject the Consumer to prohibited restraints and monopolies (15 USC 1-1692) (26 Stat 209).

## CAUSE OF ACTION II.

4. The United States has violated the United States Constitution by denying due-process to the Consumer for redress (UCC 9-210 & 625) by withholding interests (*PL 95-109*).

## CAUSE OF ACTION III.

5. The United States has strict liability to write-off and close-out associated Consumer transactions (15 USC 1605) and obligations (18 USC 8) to the order of the Department of the Treasury (*P.L 97-258*) (*P.L. 91-508*) on information returns (1099), willfully violating the Consumers the right to privacy.

## ORDER FOR RELIEF.

6. WHEREFORE, We order this court to return all interests to the Consumer and Pay to the Order of: ERIC ANTHONY GRIMES "Without Recourse" the sum of Four Million Dollars.

## DECLARATION.

7. I, ERIC ANTHONY GRIMES, declare under penalty of perjury, the above content is true and correct.

Dated JUNE 07, 2022   BY: ERIC ANTHONY GRIMES / Without Recourse / UCC 1-308.